UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

- v -

RICARDO MATTIS,

Defendant.

19 Cr. 453 (LAK)

[PROPOSED] ORDER

Upon review of defendant's letter motion, it is hereby:

ORDERED that Grainne E. O'Neill, Esq. be appointed to represent Ricardo Mattis in the above-captioned matter, pursuant to the Criminal Justice Act, *nunc pro tunc*, to May 6, 2020.

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

Dated: New York, New York
May 7, 2020